No. 655. UNITED STATES EX REL. DORFLER ET AL. *v.* WATKINS, DISTRICT DIRECTOR OF IMMIGRATION AND NATURALIZATION. C. A. 2d Cir. Certiorari denied. *Joseph W. Solomon* for petitioners. *Solicitor General Perlman, Assistant Attorney General Morison* and *Sam-*

*uel D. Slade* for respondent.

